# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **JOEY KEITH THRIFT,**  *Plaintiff,*  v.  **ANTOINE CALDWELL,** *et al.*,  *Defendants.* | **CIVIL ACTION NO.**  **5:24-cv-00002-TES-AGH** |

## ORDER DENYING MOTION TO APPOINT COUNSEL

Plaintiff Joey Thrift filed a second Motion to Appoint Counsel [Doc. 48]. Previously, Judge Hyles denied Plaintiff's first Motion to Appoint Counsel [Doc. 9]. *See* [Doc. 10]. As the Court explained at the pretrial conference, if the Court finds that Plaintiff needs appointed counsel, it will appoint an attorney on its own motion. But, as it stands, "the Court [again] finds that Plaintiff has not demonstrated that the type of extraordinary circumstances necessary to warrant appointment of counsel are present at this time." [*Id.* at p. 5]. Accordingly, the Court **DENIES** Plaintiff's Motion to Appoint Counsel [Doc. 48].

**SO ORDERED**, this 18th day of February, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**